**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

**Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s):   Justine Louise Wadsack , ;

**Defendant**(s): City of Tucson , ; Ryder Schrage , ; Lauren Pettey , ; Kevin Hall , ; Frank Hand , ; Jane Doe Schrage , ; John Doe Pettey , ; Jane Doe Hall , ; Jane Doe Hand , ;

County of Residence: Pima

County of Residence: Pima

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Dennis I. Wilenchik ,**
Wilenchik & Bartness, PC
2810 North Third Street
Phoenix, Arizona  85004
6026062810

**David N. Ferrucci ,**
Wilenchik & Bartness, PC
2810 North Third Street
Phoenix, Arizona  85004
6026062810

Defendant's Atty(s):

,

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:-   N/A

Defendant:-   N/A

IV. Origin :   1. Original Proceeding
V. Nature of Suit:   890 Other Statutory Actions

VI.Cause of Action:   Violations of 42 U.S.C. § 1983

VII. Requested in Complaint

Class Action:   No

Dollar Demand:

Jury Demand:   Yes

VIII. This case **is not related** to another case.

**Signature:** /s/ Dennis I. Wilenchik

**Date:** 03/27/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014