# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack, | No. CV-25-00145-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| City of Tucson, et al., | |
| Defendants. | |

Having considered the Parties' Stipulation for Extension of Time to Respond to Plaintiff's Complaint (Doc. 5) and good cause appearing,

**IT IS ORDERED** the Parties' Stipulation (Doc. 5) is **granted**. Defendants have until June 3, 2025 to file their response to Plaintiff's Complaint.

Dated this 22nd day of May, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge