IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>        Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>        Defendants. | No. CV-25-00145-TUC-JGZ<br><br>**ORDER** |

Having considered the Defendants' Motion for Leave to File Non-Electronic Exhibit to Defendants' Motion to Dismiss (Doc. 8) and good cause appearing,

**IT IS ORDERED:**

1. Defendants' Motion for Leave to File Non-Electronic Exhibit (Doc. 8) is **granted**.

2. <u>Defendants' Non-Electronic Exhibits must be filed in accordance with the Electronic Case Filing instructions in the U.S. District Court, District of Arizona, Electronic Filing Administrative Policies and Procedures Manual, Section II(N)(2), Non-Electronic Filing of Exhibits and Other Documents.</u>

3. Defendants shall provide the Court and all other Parties USB drives containing the non-electronic exhibits no later than five (5) days from the date of this order.

Dated this 5th day of June, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge