1  Joseph D. Williams, State Bar No. 032795
Peter Collins, Jr., State Bar No. 012666
2  GUST ROSENFELD, P.L.C.
One S. Church Ave., Suite 1900
3  Tucson, AZ  85701
Tel: 520-628-7070
4  jwilliams@gustlaw.com
pcollins@gustlaw.com
5
Attorneys for Defendants
6
### IN THE UNITED STATES DISTRICT COURT
7
### FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| 9  Justine Louise Wadsack, | No. 4:25-cv-00145-JGZ |
| 10             Plaintiff, | **NOTICE OF FILING EXHIBIT A TO DEFENDANTS' MOTION TO DISMISS NON-ELECTRONICALLY** |
| 11       v. | |
| City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and | |
| 12  official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal | |
| 13  and official capacity as a City of Tucson police officer; Kevin Hall, both in his | |
| 14  personal and official capacity as a City of Tucson police officer; Frank Hand, both in | |
| 15  his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; | |
| 16  John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; | |
| 17  and ABC Corporations 1-10, | |
| 18             Defendants. | |

19
20       Pursuant to the Court's Order dated June 6, 2025 and the Court's Electronic Case

21 Filing Administrative Policies and Procedures Manual, Defendants hereby give notice of

22 filing Exhibit A to their Motion to Dismiss non-electronically via USB drive, index

23 attached.

24       Respectfully submitted June 9, 2025.

25                                    GUST ROSENFELD P.L.C.

26                                    By: */s/ Joseph D. Williams*
                                         Joseph D. Williams
27                                       Peter Collins, Jr.
                                         *Attorneys for Defendants*

6571835.1                              1

1

2

## CERTIFICATE OF SERVICE

3      I hereby certify that the foregoing document was transmitted this June 9, 2025 to

4 the Clerk's Office using the CM/ECF System for filing and a transmittal of same to the

5 CM/ECF Registrant:

6 Dennis I. Wilenchik
David N. Ferrucci
7 Wilenchik & Bartness, P.C.
2810 N. Third St.
8 Phoenix, AZ  85004
diw@wb-law.com
9 davidf@wb-law.com
admin@wb-law.com
10

11      A copy of this Notice and the Exhibit were also mailed to Plaintiff's counsel at the

12 address indicated above.

13
By: */s/ Jackie Clark*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2

**INDEX OF NON-ELECTRONIC EXHIBIT FILED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

3

| Exhibit | Description |
|---------|-------------|
| A | Axon body cam video of Wadsack traffic stop |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27