# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>　　　　　Defendants. | No. CV-25-00145-TUC-JGZ<br><br>**ORDER** |

　　　　Pending before the Court is Defendants City of Tucson, Ryder Schrage, Lauren Pettey, Kevin Hall, and Frank Hand's Motion to Dismiss and Request for Oral Argument. (Doc. 7.) The Motion is fully briefed. (*See* Docs. 11, 12.)

　　　　**IT IS ORDERED** setting an in-person oral argument on the Defendants' Motion on **Tuesday, July 29, 2025, at 2:30 p.m.** before the Honorable Jennifer G. Zipps in Courtroom 5D, Evo A. DeConcini U.S. Courthouse, 405 W. Congress St., Tucson, AZ 85701. Twenty-five (25) minutes will be allocated for the Defendants and twenty-five (25) minutes will be allocated for Plaintiff.

　　　　At least 7 days before oral argument, the Parties shall jointly provide a Notice to Court Reporter to facilitate the creation of an accurate record. The Notice shall contain the following information that may be used during oral argument:

　　　　a.　　Proper Names, including those of witnesses.
　　　　b.　　Acronyms.

1       c.      Geographic locations.

2       d.      Technical/medical terms, names, or jargon.

3       e.      Table of authorities, in alphabetical order, which includes all the authorities the on which the parties will rely at the proceeding.

The Notice to Court Reporter need not be filed but must be provided by email to Judge Zipps' Court Reporter, Linda Parks, Linda_Parks@azd.uscourts.gov, with a courtesy copy to Judge Zipps' Chambers, zipps_chambers@azd.uscourts.gov.

Dated this 1st day of July, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge