**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David N. Ferrucci (SBN: 027423)
dnf@udallshumway.com
*Prior Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE STATE OF ARIZONA

| Justine Louise Wadsack, | Case No: CV-25-00145-TUC-JGZ |
|---|---|
| Plaintiff, | **NOTICE OF DISASSOCIATION AND REMOVAL FROM ECF NOTIFICATIONS** |
| v. | |
| City of Tucson, et al., | |
| Defendant. | |

NOTICE is hereby given that David N. Ferrucci is no longer associated with the law firm of Wilenchik & Bartness, P.C., as counsel for Plaintiff and hereby requests that David N. Ferrucci be removed from all future ECF notifications in the above captioned action.

**DATED:** July 2, 2025.

**UDALL SHUMWAY PLC**

By: /s/ *David N. Ferrucci*
　　David N. Ferrucci
　　1138 N Alma School Rd., Ste. 101
　　Mesa, AZ 85201
　　*Prior Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 2, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on the following counsel of record via the Court's CM/ECF system as well as e-mailed the foregoing to:

Joseph D. Williams
Peter Collins, Jr.
Gust Rosenfeld
One S. Church Avenue, Suite 1900
Tucson, AZ  85701
*Attorneys for Defendant*

By: */s/ Kimberly Kershner*

12013661.1