

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810      Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Plaintiff Justine Wadsack*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack, | **Case No.: 4:25-cv-00145-TUC-JGZ** |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE ORAL ARGUMENT SET FOR JULY 29, 2024 @ 2:30 P.M.** |
| City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10, | |
| Defendants. | |

Plaintiff Justine Louise Wadsack ("Plaintiff"), through counsel, now moves the court to continue the Oral Argument set for July 29, 2025 at 2:30 pm in the above-entitled action. Undersigned counsel is filing a motion to withdraw in this matter.

Counsel for Defendants have been contacted regarding their position on this motion to continue and do not object.

A proposed form of Order is lodged contemporaneously hereto.

**RESPECTFULLY SUBMITTED** on July 23, 2025.

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I. Wilenchik
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case.

Joseph D. Williams, Esq.
Peter Collins, Jr., Esq.
**GUST ROSENFELD, P.L.C.**
One S. Church Avenue, Suite 1900
Tucson, AZ  85701
jwilliams@gustlaw.com
pcollins@gustlaw.com
*Attorneys for Defendants*

/s/ Christine M. Ferreira

2