**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorney for Plaintiff Justine Wadsack*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10,<br><br>　　　　　　Defendants. | Case No.: 4:25-cv-00145-TUC-JGZ<br><br>**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT CLIENT CONSENT** |

　　　Attorney Dennis I. Wilenchik and the law firm of Wilenchik & Bartness, P.C. moves to withdraw as counsel of record for Plaintiff Justine Louise Wadsack (the "Client") under LRCiv 83.3(b). This application is made without the Client's consent.

　　　LRCiv 83(b) requires that an attorney's application to withdraw "set[] forth the reasons for withdrawal." In this instance, professional considerations require termination of the withdrawing attorneys' representation of the Client. See ER 1.16 Comment 3 (explaining "[t]he

lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient" in providing the reason for a withdrawal); *Maricopa Cnty. Pub. Def.'s Off. v. Superior Ct. In & For Cnty. of Maricopa*, 187 Ariz. 162, 166 (App. 1996) (holding the trial court ordinarily should not require counsel "to disclose confidential information when counsel avows that counsel has an ethical conflict requiring withdrawal").

Undersigned counsel certifies that the Client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions. The name, last known residence and last known telephone number of the Client is as follows:

Justine Wadsack
12100 North Mountain Centre Road #3 206
Marana, AZ 85658
520-271-9001
justinewadsack@gmail.com

**RESPECTFULLY SUBMITTED** on July 23, 2025.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorney for Plaintiff Justine Wadsack*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case.

Joseph D. Williams, Esq.
Peter Collins, Jr., Esq.
**GUST ROSENFELD, P.L.C.**
One S. Church Avenue, Suite 1900
Tucson, AZ  85701
jwilliams@gustlaw.com
pcollins@gustlaw.com
*Attorneys for Defendants*


*/s/ Christine M. Ferreira*