# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack, | No. CV-25-00145-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| City of Tucson, et al., | |
| Defendants. | |

Having reviewed Plaintiff's Motion to Continue Oral Argument set for July 29, 2025 (Doc. 15), and Plaintiff's Counsel's Application to Withdraw as Counsel of Record Without Consent of Client (Doc. 16),

**IT IS ORDERED** setting an in-person hearing on Plaintiff's Motion to Continue Oral Argument (Doc. 15) and Plaintiff's Counsel's Application to Withdraw (Doc. 16) on **Tuesday, July 29, 2025 at 2:30 p.m.** before the Honorable Jennifer G. Zipps in Courtroom 5D, Evo A. DeConcini U.S. Courthouse, 405 W. Congress St., Tucson, AZ 85701. Plaintiff Justine Louise Wadsack is required to be present at this hearing and Plaintiff's Counsel must serve her with a copy of this Order.

Dated this 24th day of July, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge