**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Plaintiff Justine Wadsack*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Justine Louise Wadsack, | Case No.: 4:25-cv-00145-TUC-JGZ |
| Plaintiff, | |
| v. | **MOTION TO RESCHEDULE ORAL ARGUMENT SET FOR JULY 29, 2024 at 2:30 P.M.** |
| City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10, | |
| Defendants. | |

Plaintiff Justine Louise Wadsack ("Plaintiff") moves the court to continue the in person hearing set for July 29, 2025 at 2:30 P.M. in the above-entitled action.

On July 2, 2025 this Court ordered in-person oral argument on Defendants' Motion to Dismiss for Tuesday, July 29, 2025, at 2:30 P.M. [Doc. 8]. On July 23, 2025 undersigned counsel filed a Motion to Continue Oral Argument [Doc. 15] and an Application to Withdraw [Doc. 16].

1  The following day, this Court ordered an in-person hearing on the Motion to Continue Oral Argument and the Application to Withdraw for Tuesday, July 29, 2025 at 2:30 P.M. [Doc. 17]. The Court's Order stated, "Plaintiff Justine Louise Wadsack is required to be present at this hearing and Plaintiff's Counsel must serve her with a copy of this Order.." *Id.* Undersigned counsel served a copy of the order on Plaintiff as required.

This afternoon, Plaintiff contacted undersigned counsel's office and stated that (1) Plaintiff's daughter had been hospitalized with a catastrophic injury on or about July 27, 2025, (2) Plaintiff's daughter was in a hospital ICU in Scottsdale, Arizona following an emergency surgery, and (3) Plaintiff needed to remain in Scottsdale on July 29, 2025 to be close to her daughter. Accordingly, Plaintiff asked that undersigned counsel request to continue the in-person hearing set for July 29, 2025 at 2:30 P.M. for at least two (2) weeks.

Undersigned counsel is therefore moving for a continuance of the July 29, 2025 hearing for at least two weeks, as requested by Plaintiff. Undersigned counsel attempted to contact Defendants' counsel by phone and email to inquire if they would oppose or not oppose this motion, but was unable to make contact.

A proposed form of Order is lodged contemporaneously hereto.

**RESPECTFULLY SUBMITTED** on July 28, 2025.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case.

Joseph D. Williams, Esq.
Peter Collins, Jr., Esq.
**GUST ROSENFELD, P.L.C.**
One S. Church Avenue, Suite 1900
Tucson, AZ  85701
jwilliams@gustlaw.com
pcollins@gustlaw.com
*Attorneys for Defendants*

/s/ Christine M. Ferreira