**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Plaintiff Justine Wadsack*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>                    Plaintiff,<br><br>v.<br><br>City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10,<br><br>                    Defendants. | **Case No.: 4:25-cv-00145-TUC-JGZ**<br><br>**ORDER GRANTING MOTION TO CONTINUE IN PERSON HEARING** |

   This Court having received Plaintiff's Motion to Continue the in Personal Hearing set for July 29, 2025 at 2:30 pm and good cause appearing,

IT IS HEREBY ORDERED granting the motion and resetting the in person hearing to _____, 2025, at _____ am/pm.

Dated this \_\_\_ day of _____, 2025.

_____
The Honorable Jennifer G. Zipps
Chief United States District Judge

2