# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>    Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>    Defendants. | No. CV-25-00145-TUC-JGZ<br><br>**ORDER** |

This Court having reviewed Plaintiff's Motion to Reschedule Oral Argument Set for July 29, 2024, at 2:30 P.M. (Doc. 18), and good cause appearing,

IT IS HEREBY ORDERED **granting** the motion to continue (Doc. 18) and resetting the in person hearing on the Motion to Withdraw (Doc. 16) to Tuesday, August 19, 2025, at 3:00 P.M. Counsel and Plaintiff must be present in person for the hearing.

IT IS FURTHER ORDERED **vacating** the hearing on the Defendants' Motion to Dismiss (Doc. 7).

IT IS FURTHER ORDERED **denying** Plaintiff's previous Motion to Continue (Doc. 15) as moot.

Dated this 29th day of July, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge