# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>Defendants. | No. CV-25-00145-TUC-JGZ<br><br>**ORDER** |

This Court has reviewed Plaintiff's Motion to Continue In Person Hearing Set for August 19, 2025 at 3:00 P.M. (Doc. 20). Defendants filed a response in opposition. (Doc. 21.) Finding good cause, the Court will grant Plaintiff's request. Therefore,

IT IS HEREBY ORDERED **granting** the Motion to Continue (Doc. 20) and resetting the in person hearing on the Motion to Withdraw (Doc. 16) to Tuesday, August 26, 2025, at 3:00 P.M. Counsel and Plaintiff must be present in person for the hearing.

Dated this 4th day of August, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge