

**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810        Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
William M. Fischbach, #019769
admin@wb-law.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack, | **Case No.: 4:25-cv-00145-TUC-JGZ** |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10, | |
| Defendants. | |

William M. Fischbach of Wilenchik & Bartness, P.C., hereby provides notice of his appearance on behalf of Plaintiff Justine Louise Wadsack. Copies of all notices, pleadings, and other documents should additionally be sent to admin@wb-law.com.

The address of Wilenchik & Bartness is 2810 N. Third Street, Phoenix, AZ  85004.  Its phone number is 602-606-2810.

**RESPECTFULLY SUBMITTED** on August 26, 2025.

**WILENCHIK & BARTNESS, P.C.**

*/s/ William M. Fishbach*
Dennis I. Wilenchik, Esq.
William M. Fischbach, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Plaintiff Justine Wadsack*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case.

Joseph D. Williams, Esq.
Peter Collins, Jr., Esq.
**GUST ROSENFELD, P.L.C.**
One S. Church Avenue, Suite 1900
Tucson, AZ  85701
jwilliams@gustlaw.com
pcollins@gustlaw.com
*Attorneys for Defendants*

*/s/ Alice Nossett*

2