**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Justine Louise Wadsack,<br><br>    Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>    Defendants. | No. CV-25-00145-TUC-JGZ<br><br>**ORDER TO SHOW CAUSE** |

On July 23, 2025, Plaintiff's counsel filed an Application to Withdraw as Counsel of Record Without Consent of Client. (Doc. 16.) The Court set an in-person hearing on counsel's application for Tuesday, July 29, 2025, at 2:30 p.m. (Doc. 17.) Plaintiff filed two motions to continue the hearing, which the Court granted and each time, the Court ordered that counsel and Plaintiff be present in person for the hearing. (Docs. 19, 22.) However, at the August 26, 2025 hearing, Plaintiff was not present. The Court will therefore order Plaintiff to show cause why she should not be held in contempt or sanctioned for failing to comply with the Court's orders. Accordingly,

**IT IS ORDERED** that on or before **September 23, 2025**, Plaintiff Justine Louise Wadsack must show cause why she should not be held in contempt or sanctioned for failing to comply with the Court's orders. A new hearing on the Motion to Withdraw (Doc. 16) is set for **Tuesday, September 30, 2025, at 2:00 p.m.** If Plaintiff is not physically present, the Court may dismiss this action for failure to prosecute.

//

**IT IS FURTHER ORDERED** that the Clerk of Court provide the United States Marshals Service with a copy of this Order for service on Plaintiff Justine Louise Wadsack. Service must be completed within 10 days of this Order.

Dated this 27th day of August, 2025.

_Jennifer Zipps_
Jennifer G. Zipps
Chief United States District Judge