**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004
Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
William M. Fischbach, #019769
admin@wb-law.com
*Attorneys for Plaintiff Justine Wadsack*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>  Plaintiff,<br><br>v.<br><br>City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10,<br><br>  Defendants. | Case No.: 4:25-cv-00145-TUC-JGZ<br><br>**PLAINTIFF JUSTINE WADSACK'S RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff Justine Wadsack submits the declaration attached as **Exhibit A** in response to the Court's August 27, 2025 Order to Show Cause (Doc. 25).

Plaintiff will also be filing a Rule 41(a)(i) notice of voluntary dismissal without prejudice. A Rule 41(a)(i) notice is self-executing and constitutes a final proceeding. *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999) ("Thus, it is beyond debate that a dismissal

under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it."); *Waetzig v. Halliburton Energy Servs., Inc.*, 145 S. Ct. 690, 694, 698 (2025) (holding that a plaintiff's dismissal under Rule 41(a) terminates the case and is a "final proceeding" under Rule 60(b)). Once the Rule 41(a)(1)(i) notice of dismissal is filed, the Court loses jurisdiction over the case such that Defendant cannot pursue a motion for involuntary dismissal under Rule 41(b) for lack of prosecution in the same action. *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 694 (9th Cir. 1997).

        **RESPECTFULLY SUBMITTED** on September 9, 2025.

        **WILENCHIK & BARTNESS, P.C.**

        */s/ William M. Fischbach*
        Dennis I. Wilenchik, Esq.
        William M. Fischbach, Esq.
        The Wilenchik & Bartness Building
        2810 North Third Street
        Phoenix, Arizona 85004
        admin@wb-law.com
        *Attorneys for Plaintiff Justine Wadsack*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case.

Joseph D. Williams, Esq.
Peter Collins, Jr., Esq.
**GUST ROSENFELD, P.L.C.**
One S. Church Avenue, Suite 1900
Tucson, AZ  85701
jwilliams@gustlaw.com
pcollins@gustlaw.com
*Attorneys for Defendants*

/s/ Alice Nossett

3

# EXHIBIT A



**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
William M. Fischbach, #019769
admin@wb-law.com
*Attorneys for Plaintiff Justine Wadsack*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Justine Louise Wadsack,<br><br>Plaintiff,<br><br>v.<br><br>City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10,<br><br>Defendants. | Case No.: 4:25-cv-00145-TUC-JGZ<br><br>**SWORN DECLARATION OF PLAINTIFF JUSTINE WADSACK** |

I, Justine Wadsack, declare as follows:

1. I sincerely apologize for my failure to comply with the Court's Order requiring me to appear in person on August 26, 2025. I did not intend to disrespect this Honorable Court with my failure to appear.

2. I was previously made aware of the 3:00 P.M. hearing on August 26, 2025, as well as the requirement that I appear in person. However, as noted in prior filings, I am experiencing a

family health crisis that is physically and mentally draining. Consequently, I will at times lose focus and mix up specific dates and times. That is what caused my failure to appear. Again, I apologize to the Court for my error.

3. Should the Court require additional details on the underlying family health crisis, I request that I be permitted to submit such details on an *ex parte* and *in camera* basis given the deeply personal nature of the issue.

4. Finally, after serious deliberation and consideration of the negative impact of this lawsuit on my ability to care for my family, I have chosen to voluntarily dismiss the action. I am filing a Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal contemporaneously with this Response.

5. I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/2/2025

Justine Wadsack

2