

**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
William M. Fischbach, #019769
admin@wb-law.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10,<br><br>　　　　　　　Defendants. | Case No.: 4:25-cv-00145-TUC-JGZ<br><br>**PLAINTIFF JUSTINE WADSACK'S RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL** |

　　　Plaintiff gives notice of dismissal without prejudice under 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment".).

**RESPECTFULLY SUBMITTED** on September 9, 2025.

                **WILENCHIK & BARTNESS, P.C.**

                */s/ William M. Fischbach*
                Dennis I. Wilenchik, Esq.
                William M. Fischbach, Esq.
                The Wilenchik & Bartness Building
                2810 North Third Street
                Phoenix, Arizona 85004
                admin@wb-law.com
                *Attorneys for Plaintiff Justine Wadsack*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case.

Joseph D. Williams, Esq.
Peter Collins, Jr., Esq.
**GUST ROSENFELD, P.L.C.**
One S. Church Avenue, Suite 1900
Tucson, AZ  85701
jwilliams@gustlaw.com
pcollins@gustlaw.com
*Attorneys for Defendants*

/s/ Alice Nossett