# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>        Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>        Defendants. | No. CV-25-00145-TUC-JGZ<br><br>**ORDER** |

In light of Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), (Doc. 28), and her Response to Order to Show Cause, (Doc. 27),

**IT IS ORDERED:**

(1) This matter is **dismissed without prejudice**. The Clerk of Court is directed to close this matter.

(2) The Court's Order to Show Cause (Doc. 25) is **discharged**.

(3) All pending motions are **denied as moot**. (Docs. 7, 16, 26.)

Dated this 9th day of September, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge