# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justine Louise Wadsack,<br><br>                  Plaintiff,<br><br>v.<br><br>City of Tucson, a municipal corporation; Ryder Schrage, both in his personal and official capacity as a City of Tucson police officer; Lauren Pettey, both in her personal and official capacity as a City of Tucson police officer; Kevin Hall, both in his personal and official capacity as a City of Tucson police officer; Frank Hand, both in his personal and official capacity as a City of Tucson police officer; Jane Doe Schrage; John Doe Pettey; Jane Doe Hall; Jane Doe Hand; John Does 1-10 and Jane Does 1-10; and ABC Corporations 1-10,<br><br>                  Defendants. | No. 4:25-cv-00145-JGZ<br><br>**ORDER FOR<br>ATTORNEYS' FEES**<br><br>*Assigned to Hon. Jennifer G. Zipps* |

Upon consideration of the Defendants' Motion for Attorneys' Fees Pursuant to the Court's Inherent Power, and good cause appearing therefor,

IT IS ORDERED that Defendants' Motion is GRANTED. Defendants are awarded attorneys' fees in the amount of $7,838.27 against Plaintiff Justine Louise Wadsack.